

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00136-CV

Dennis **BULLOCK**,
Appellant

v.

**VILLAS AT ECHO EAST, LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV08185
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: May 28, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due April 9, 2025 and was not filed. On May 5, 2025, we ordered appellant to file, by May 15, 2025: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed a brief or otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM